UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 08-0426 AG (MLGx) | Date | May 1, 2008 |
|---|---|---|---|
| Title | STATES RESOURCES CORP. v. AMERICAN BENEFIT MORTGAGE, ET AL. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION**

On April 21, 2008, Plaintiff filed a complaint in federal court based on diversity jurisdiction. The complaint is deficient because it sets forth only the residence, rather than the citizenship, of defendant Timothy D. Bullard. Diversity or alienage is based upon a party's *citizenship*. *See* 28 U.S.C. § 1332(a); *see also Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857 (9th Cir. 2001) ("But the diversity jurisdiction statute, 28 U.S.C. § 1332, speaks of citizenship, not of residency.").

Thus, the Court orders Plaintiff to show cause in writing by May 15, 2008 why the action against Timothy D. Bullard should not be dismissed for lack of jurisdiction. An amended complaint correcting the deficiencies will be deemed a sufficient response to this order to show cause.

                                                                                             :     0

                                                        Initials of Preparer